COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-09-372-CR

BENITO HINOJOSA        APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY COURT AT LAW OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Withdraw Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.;
 Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: 
MEIER, J.; CAYCE, C.J.; and LIVINGSTON
, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: December 10, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.